IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT H. GAUTREAUX, JR.                                              PLAINTIFF

v.                              Civil No. 6:09-cv-06106

SGT. R.J. DUNN, ET AL.                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Robert H. Gautreaux, Jr. (hereinafter Gautreaux), filed this action pursuant to 42 U.S.C. § 1983 on October 28, 2009. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On March 29, 2010, Defendants filed a motion for summary judgment (Doc. 15, Doc. 16 & Doc. 17). On April 14, 2010, an order (Doc. 18) was entered directing Gautreaux to complete an attached notice regarding the summary judgment motion. The notice required Gautreaux to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Gautreaux was directed to return the attached notice by May 12, 2010. Gautreaux was advised (Doc. 18) that if he failed to return the attached notice by May 12, 2010, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Gautreaux has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. The order

and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Gautreaux's failure to obey the order of the court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1stday of June 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE