```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

ROBERT H. GAUTREAUX, JR.                              PLAINTIFF

    V.                    Civil No. 09-6106

SGT. R.J. DUNN, *et al.*                             DEFENDANTS

<u>O R D E R</u>

On this 21st day of June 2010, there comes on for consideration the report and recommendation filed in this case on June 1, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 19). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                       /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge

**AO72A**
**(Rev. 8/82)**